UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY JOHN FRAZHO, | Case No. 2:23-cv-00721-NJK |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 8] |
| KILOLO KIJAKAZI, | |
| Defendant. | |

Pending before the Court is Plaintiff's motion for extension of time to file his opening brief. Docket No. 8. Plaintiff seeks to extend this filing deadline because, *inter alia*, his counsel has gone "out on an unexpected, prolonged, medical leave." *Id.* at 1. Plaintiff submits that Defendant consents to this relief. *Id.* at 2. Accordingly, for good cause shown, Plaintiff's motion is **GRANTED**. Docket No. 8. Plaintiff must file his opening brief no later than October 6, 2023.

IT IS SO ORDERED.

Dated: August 3, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1