# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY JOHN FRAZHO, | ) |
| | ) |
| Plaintiff, | ) CASE NO. |
| | ) 2:23-cv-00721-NJK |
| v. | ) **ORDER GRANTING** |
| | ) **CONSENT MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI, ACTING | ) **PLAINTIFF'S REPLY BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff, Gregory John Frazho, by his attorney, moves for a twenty-one (21) day extension of time to file Plaintiff's reply brief. Plaintiff's reply brief is currently due to be filed November 17, 2023. A twenty-one (21) day extension of time would adjust Plaintiff's Reply deadline to December 8, 2023.

Counsel requests this extension of time due to the assigned briefing attorney going out on an unexpected, prolonged, medical leave. This leave impedes the briefing attorneys' ability to meet the current filing deadline. Further, Counsel has explored the possibility of reassigning this matter to a different briefing attorney in Counsel's office, but is unable to do so due to the loss of three briefing attorneys over the last two months, in addition to multiple, simultaneous filing deadlines. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief

by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to thoroughly and properly prepare the brief.

    Wherefore, Plaintiff requests an extension from November 17, 2023, up to and including December 8, 2023, to file his reply brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

Dated November 17, 2023.

                                           Respectfully submitted,

                                           */s/Hal Taylor*
                                           Hal Taylor, Esq.

### Plaintiff's Certificate of Service:

I certify that I caused the Unopposed Motion for Extension of Time to File Plaintiff's Reply Brief to be served today, November 17, 2023, by CMECF to Michael James Mullen, Esq., and Michael Kramer Marriott, Esq., who are filing users of the CM/ECF system.

                                           */s/Hal Taylor*
                                           Hal Taylor

### ORDER

IT IS SO ORDERED.
Dated: November 20, 2023

                                         _____
                                         Nancy J. Koppe
                                         United States Magistrate Judge