# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY F.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-00721-NJK<br><br>**ORDER** |

Martin O'Malley is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Martin O'Malley in place of Kilolo Kijakazi.

IT IS SO ORDERED.

Dated: May 17, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1